In the Matter of the Claim of ANNA LEBEDA against STEVEN PONGRACZ et al., Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

(Argued March 24, 1931; decided April 7, 1931.)

*John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for appellant.

*Thomas D. Scoble, Jr.,* and *John P. Smith* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.